November 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DANFORD MAINTENANCE SERVICE, INC., Appellant

NO. 14-12-00507-CV                                V.

THE DOW CHEMICAL COMPANY, A DELAWARE CORPORATION,
Appellee

_____

This court today heard the motion for rehearing filed by Appellant. We order that the motion be **OVERRULED**, this court's former judgment of September 12, 2013, be vacated, set aside, and annulled, and this court's Memorandum Opinion of September 12, 2013 be withdrawn.

This cause, an appeal from the judgment in favor of Appellee signed April 16, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order Appellant to pay all costs incurred in this appeal.

We further order this decision certified below for observance.